# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130529
130591
130594

DEBRA JACKSON, Successor
Personal Representative of the
Estate of Shirley Jackson, Deceased,
             Plaintiff-Appellee,

v

HENRY FORD HEALTH SYSTEM,
a/k/a HENRY FORD HOSPITAL,
MICHAEL S. EICHENHORN, M.D.,
and VENCOR HOSPITAL, a/k/a
KINDRED HOSPITALS EAST,
L.L.C., d/b/a KINDRED HOSPITAL
DETROIT,
             Defendants-Appellees,

and

MICHIGAN HOSPITALISTS, P.C.,
and MASOOD AHMAD, M.D.,
             Defendants-Appellants,

and

HARPEL S. JANDE, M.D.,
             Defendant.

_____/

DEBRA JACKSON, Successor
Personal Representative of the
Estate of Shirley Jackson, Deceased,
             Plaintiff-Appellee,

v

HENRY FORD HEALTH SYSTEM,

SC: 130529
COA: 263766
Wayne CC: 04-421501-NH

SC: 130591
COA: 263766
Wayne CC: 04-421501-NH

a/k/a HENRY FORD HOSPITAL,
MICHAEL S. EICHENHORN, M.D.,
MICHIGAN HOSPITALISTS, P.C.,
MASOOD AHMAD, M.D., and
HARPEL S. JANDE, M.D.,
    Defendants-Appellees,

and

VENCOR HOSPITAL, a/k/a KINDRED
HOSPITALS EAST, L.L.C., d/b/a
KINDRED HOSPITAL DETROIT,
    Defendant-Appellant.

_____/

DEBRA JACKSON, Successor
Personal Representative of the
Estate of Shirley Jackson, Deceased,
    Plaintiff-Appellee,

v

HENRY FORD HEALTH SYSTEM,
a/k/a HENRY FORD HOSPITAL,
and MICHAEL S. EICHENHORN, M.D.,
    Defendants-Appellants,

and

VENCOR HOSPITAL, a/k/a KINDRED
HOSPITALS EAST, L.L.C., d/b/a
KINDRED HOSPITAL DETROIT,
MICHIGAN HOSPITALISTS, P.C.,
and MASOOD AHMAD, M.D.,
    Defendants-Appellees,

and

HARPEL S. JANDE, M.D.,
    Defendant.

SC: 130594
COA: 263766
Wayne CC: 04-421501-NH

_____/

By order of October 17, 2007, the applications for leave to appeal the January 17, 2006 judgment of the Court of Appeals were held in abeyance pending the decision in *Braverman v Garden City Hospital* (Docket Nos. 134445-6). On order of the Court, the case having been decided on April 9, 2008, 480 Mich 1159 (2008), the applications are

again considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008

_Corbin R. Davis_
Clerk